J. Mark Meinhardt #027868
Meinhardt Law Firm PLLC
14441 W. McDowell Rd., Ste. B102
Goodyear, AZ 85395
meinhardtlaw@gmail.com
(602) 714-7139

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Kimberley Nez

    Plaintiff,

v.

**Case 3:15-cv-08049-JAT**

Portfolio Recovery Associates, LLC.,

    Defendant.

## NOTICE OF DISMISSAL

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

    Respectfully submitted,

    /s/ J. Mark Meinhardt

    ATTORNEY FOR PLAINTIFF